## ROTHMAN v SELDIN & KNELLER

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 9, 1930

For full opinion see 174 NE 794; 37 Oh Ap 408 (Oh Bar 3-31-31).